**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**JUDICIAL WATCH, INC.,**

  **Plaintiff,**

   **v.**        **Civil Action No. 13-0949 (ESH)**

**UNITED STATES**
**DEPARTMENT OF JUSTICE,**

  **Defendant.**
_____

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for summary judgment [ECF No. 10] is **GRANTED,** and

plaintiff's cross-motion motion for partial summary judgment [ECF No. 12] is **DENIED.**  The

above-captioned case is **DISMISSED WITH PREJUDICE**.


         _____/s/_____
         ELLEN SEGAL HUVELLE
         United States District Judge

DATE:  May 12, 2014